Jeanette E. McPherson, NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Phone: 702-228-7590 / Fax: 702-892-0122
Email: bkfilings@s-mlaw.com

Attorneys for Court Appointed Receiver R. Wayne Klein

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| R. WAYNE KLEIN, as Receiver,<br><br>                              Plaintiff,<br><br>vs.<br><br>HARRY COUSINS, HELEN COUSINS, and JOHN DOES 1-5,<br><br>                              Defendant. | Case No. 2:17-cv-01892-APG-VCF<br><br>**AMENDED ORDER ON APPLICATION FOR JUDGMENT DEBTOR EXAMINATION OF HELEN COUSINS** |

The Application For Examination of Helen Cousins (the "Application") having been filed by R. Wayne Klein, the Court-appointed Receiver (the "Plaintiff"); the Court having reviewed the Application, and finding that there is good cause to continue the original date and time set forth in the Application as the Court had not processed the Application, and for good cause shown, it is hereby

ORDERED that the Application is GRANTED and that this Order be served upon Helen Cousins (the "Judgment Debtor") requiring the Judgment Debtor to appear at the offices of Schwartzer & McPherson Law Firm, 2850 South Jones Boulevard, Suite 1, Las Vegas, Nevada 89146 on August 31, 2017, at the hour of 12:00 p.m. to answer concerning the Judgment Debtor's property and provide any documentary proof of any assets that the Judgment Debtor has in her

/ / /

/ / /

/ / /

/ / /

/ / /

possession or in which the Judgment Debtor has an interest, including, but not limited to, paychecks, automobiles, real property, personal property, bank accounts, claims, and any and all other assets held.

Dated this 19th day of July, 2017.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV  89146
Attorneys for Plaintiff



IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 7-19-2017

Amended Order on App for Judgment Debtor Exam Helen Cousins.doc

2