Jeanette E. McPherson, NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Phone: 702-228-7590 / Fax: 702-892-0122
Email: bkfilings@s-mlaw.com

Attorneys for Court Appointed Receiver R. Wayne Klein

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| R. WAYNE KLEIN, as Receiver,<br><br>Plaintiff,<br><br>vs.<br><br>HARRY COUSINS, HELEN COUSINS, and JOHN DOES 1-5,<br><br>Defendant. | Case No. 2:17-cv-01892-APC-VCF<br><br>**SECOND AMENDED ORDER ON APPLICATION FOR JUDGMENT DEBTOR EXAMINATION OF HARRY COUSINS** |

The Application For Examination of Harry Cousins (the "Application") having been filed by R. Wayne Klein, the Court-appointed Receiver (the "Plaintiff"); the Court having reviewed the Application, and finding that there is good cause to continue the original date and time set forth in the Application as the Court had not processed the Application, and to change the location set forth in the Application, and for good cause shown, it is hereby

ORDERED that the Application is GRANTED and that this Order be served upon Harry Cousins (the "Judgment Debtor") requiring the Judgment Debtor to appear at **Bonanza Reporting and Video Services, 1111 Forest Street, Reno, NV 89509** on August 31, 2017, at the hour of 1:00 p.m. to answer concerning the Judgment Debtor's property and provide any documentary proof of any assets that the Judgment Debtor has in his possession or in which the Judgment

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Debtor has an interest, including, but not limited to, paychecks, automobiles, real property, personal property, bank accounts, claims, and any and all other assets held.

Dated this 10th day of August, 2017.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146
Attorneys for Plaintiff



IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 8-21-2017