# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| R. WAYNE KLEIN,<br><br>        Plaintiff,<br><br>vs.<br><br>HARRY COUNSINS, HELEN COUSINS, *et al.*,<br><br>        Defendants. | 2:17-cv-01892-APG-VCF<br>**ORDER** |

Before the Court is *R. Wayne Klein, as Receiver, v. Harry Cousins, Helen Cousins*, case no. 2:17-cv-01892-APG-VCF.

On May 26, 2017, the Plaintiff filed Applications For Judgment Debtor Examination in the miscellaneous case. On July 11, 2017, the Court issued a Notice converting the miscellaneous case to a regular civil docket and assigning case number 2:17-cv-01892-APG-VCF. The court granted the Amended Order on Application for Judgment Debtor Examinations of the Cousins and the Judgment Debtor exams were scheduled for August 31, 2017. (ECF Nos. 17 and 19).

Accordingly,

IT IS HEREBY ORDERED that a status report, stating why this case should not be administratively closed, must be filed on or before November 3, 2017.

DATED this 18th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE